JS-6

Geoffrey C. Lyon, Bar No. 132747
lyonlaw@verizon.net
Eugene R. Long, Bar No. 240663
elong@lyonlawyer.com
LYON LAW PC
400 Oceangate Ste 450
Long Beach CA 90802
Telephone: (562) 590-6900
Facsimile: (562) 590-6945

Attorneys for Plaintiff,
NATALIE NIEVES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE NIEVES,<br><br>        Plaintiff,<br><br>   v.<br><br>WALGREEN CO.; WALGREEN NATIONAL CORPORATION; and DOES 1 to 10<br><br>        Defendants. | Case No. CV 14-978-GW(JPRx)<br><br>Assigned For All Purposes To:<br><br>The Honorable Judge George H. Wu<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br>PMSC: November 20, 2014<br>Time: 8:30 am |

1

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE COURT:**

Pursuant to the Stipulation of Dismissal between the parties, and good cause appearing, **IT IS SO ORDERED** that this case is dismissed in its entirety with prejudice.

SO ORDERED this 20th day of November, 2014

_____

Honorable Judge George H. Wu

United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: Lyon Law; 400 Oceangate Ste 450, Long Beach CA 90802-4306. On the date of execution of this proof of service I caused to be served on interested parties in this action the attached:

**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL**

by faxing and/or placing true and correct copies thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Leslie H. Helmer<br>Julie W. O'Dell<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386 | Attorneys for Defendant Walgreen Co. and Walgreen National Corporation<br><br>T: (310) 576-2100<br>F: (310) 576-2200 |

\_\_\_\_\_ **BY PERSONAL SERVICE:** I caused to be delivered such envelope to the offices of the addressee.

\_\_\_\_\_ **BY EMAIL**

\_\_XX\_\_ **BY MAIL**

\_\_\_\_\_ DIRECTLY: I deposited such envelope in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid.

\_\_\_\_\_ OFFICE PROCEDURES: I am readily familiar with my firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_XX\_\_\_ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at Long Beach, California on November 21, 2014.

_____
Shirley Kakkanad

LA14CV00978GW-O JS-6.doc

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL